# United States District Court
# For The Western District of North Carolina
# Charlotte Division

CHARLES E. HINTON, et al,

    Plaintiff(s),

vs.

MARTHA CURRAN, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-CV-110-MU-2

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 24, 2009 Order.

Signed: March 24, 2009

Frank G. Johns, Clerk
United States District Court